1
2
3
4
5
6
7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11   UNITED STATES OF AMERICA,              Case No.  5:25-po-00106-CDB

12              Plaintiff,                   CVB Violation 09887804 / CA14

13         v.                                ORDER REQUIRING UNITED STATES OF
                                             AMERICA TO FILE REPORT AND
14   MOSES L. BURRELL,                       DECLARATION

15              Defendant.                   **7-Day Deadline**

16

17

18         On March 6, 2025, Defendant Moses L. Burrell was issued Violation Notice 09887804 for

19   violating Section 22349 of the California Vehicle Code (speeding), with a total collateral due of

20   $230.00.  (Doc. 1).  On May 14, 2025, Defendant made a partial payment of $130.00 toward the

21   collateral.  (Doc. 3).  On June 6, 2025, Defendant failed to appear for a noticed initial appearance on

22   the citation.  As a result, an additional $100.00 penalty was assessed and the Court issued an arrest

23   warrant and ordered the lodging of an abstract with the Department of Motor Vehicles.  (Docs. 4, 5).

24         On July 9, 2025, Defendant contacted the undersigned's courtroom deputy via email.  In his

25   email, Defendant represented his version of the citation he received listed only $130.00 as a total

26   collateral due (not $230.00, as reflected on the docked version of the citation).  Defendant attached to

27   his email a copy of the original citation (attached hereto as Exhibit A).

28

                                             1

The following day (July 10, 2025), counsel for the government (Capt. Matthew H. Norwood) contacted the undersigned's courtroom deputy via email to request that an "adjustment" be made to Defendant's total collateral due (in the form of a $100.00 reduction).  In his email, Capt. Norwood included earlier correspondence he had with a representative of the Central Violations Bureau of the Administrative Office of the U.S. Courts, in which he appeared to characterize the $100.00 discrepancy between Defendant's version of the citation, and the docketed version, as "an internal error on our end."

Based on the events recounted above, it appears to the Court that the officer who cited Defendant may have increased the total collateral due reflected on the citation after citing Defendant but before reporting the citation to the Central Violations Bureau.  If true, the government's conduct has unnecessarily and unreasonably multiplied these proceedings by causing (directly or indirectly) a finding that Defendant failed to appear for a duly noticed court hearing, resulting in the imposition of a failure-to-appear penalty and issuance of arrest warrant and vehicle abstract.  Accordingly, the Court will direct the government to file a report and include a declaration by the citing officer signed under penalty of perjury explaining the discrepancy.

**Conclusion and Order**

Accordingly, the Court HEREBY ORDERS the United States of America to file within seven (7) days of entry of this order (1) a report from counsel for the government and (2) a declaration by the citing officer explaining the discrepancies in the versions of the citation noted herein.

Any failure to timely comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **July 14, 2025**

_____
UNITED STATES MAGISTRATE JUDGE

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA14 | 09887804 | I Washburn | W1530 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 03/06/2025 3:46 | 18 USC 13 22349 (a) |

Place of Offense

120 MMO Edwards 1F393529

Offense Description: Factual Basis for Charge     HAZMAT ☐

100 CVC 22349 (a) 77mph in a posted
55 mph    Radar KC184018
BA 412 MXI SB4   Reg 391

## DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Burrell | Moses | L |

## VEHICLE    VIN: IC4RJ...4KC251924    CMV ☐

| Tag No. | State | Year | Make/Model   PASS ☐ | Color |
|---|---|---|---|---|
| DV33321 | CA | 71 | Jeep Cherokee | Blue |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions (on reverse side).. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions (on reverse side). |

$ 100   Forfeiture Amount

+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →

$ 130   Total Collateral Due

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| US ...thone sixth Street Bakersfield CA 93301 | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Defendant Copy