# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>MOSES BURRELL,<br><br>           Defendant. | Case No.  5:25-po-00106-CDB<br><br>CVB Violation 09887804 / CA14<br><br>ORDER GRANTING MOTION TO AMEND CITATION<br><br>(Doc. 12)<br><br>ORDER TO REFUND OVERPAYMENT |

    Defendant Moses Burrell was issued Violation Notice 09887804 with a total collateral due of $130.00. *See* (Doc. 12). On May 14, 2025, a hearing was set as to this citation and the total collateral reflected on the filed version of citation was $230.00. Counsel for Plaintiff United States of America attests that this discrepancy occurred when, after issuance to Defendant, "the citation was improperly amended" by a supervisor of the citing officer. *See* (Doc. 10 at ¶¶ 8, 9). Defendant paid the original collateral amount of $130.00 on May 14, 2025; however, this payment did not operate to close the case since there was a remaining balance of $100.00. Further, when Defendant failed to appear on June 3, 2025, for his duly noticed initial appearance, the Court issued an arrest warrant and a failure to appear fine in the amount of $100.00 for a total balance due of $200.00 due to Defendant's partial payment.

Based on the facts set forth above, the Court concludes that Defendant timely paid the collateral ($130.00) and should not have been subject to assessment of a failure-to-appear penalty.

Accordingly, for the reasons set forth above, it is HEREBY ORDERED:

1. The motion by the United States of America to amend Citation # 09887804 is GRANTED;

2. Citation # 09887804 is amended to reflect the listed total collateral amount of $130.00; and

3. A refund shall be issued to Defendant in the amount of $100.00.

IT IS SO ORDERED.

Dated:   **August 1, 2025**                                    _____
                                                                                       UNITED STATES MAGISTRATE JUDGE